# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| MICHAEL F. LAFORGE,<br><br>        Plaintiff,<br><br>v.<br><br>JANICE GETS DOWN, NATASHA S. MORTON, LEROY NOT AFRAID, SHEILA WILKENSON NOT AFRAID,<br><br>        Defendants. | **CV-17-48-BLG-BMM-TJC**<br><br><br>**ORDER** |

Pro Se Plaintiff Michael F. LaForge has filed an application to proceed in district court without prepaying fees or costs. (Doc. 1.) United States Magistrate Judge Timothy Cavan reviewed Mr. LaForge's application and issued a recommendation to this Court. (Doc. 5.) Judge Cavan's recommendation notes that Mr. LaForge did not sign the affidavit in support of his application, which is required. (Doc. 5 at 2, n. 1.)

Accordingly, **IT IS ORDERED** that Michael F. LaForge must file a fully executed affidavit of indigency under the requirements of 28 U.S.C. § 1915(a) within 20 days of this order.

DATED this 2nd day of May, 2017.

Brian Morris
United States District Court Judge