IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MICHAEL F. LAFORGE,<br><br>                    Plaintiff,<br><br>vs.<br><br>JANICE GETS DOWN, NATASHA J.<br>MORTON, LEROY NOT AFRAID,<br>SHEILA WILKINSON NOT AFRAID,<br><br>                    Defendants. | CV 17-48-BLG-BMM-TJC<br><br><br>**ORDER** |

Defendants Leroy Not Afraid and Sheila Wilkinson Not Afraid, move for the admission of Kenneth J. Pfaehler to practice before this Court in this case with Samuel E. Kohn to act as local counsel. Mr. Pfaehler's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Defendants' motion to admit Kenneth J. Pfaehler pro hac vice is GRANTED on the condition that Mr. Pfaehler shall do his own work. This means that Mr. Pfaehler must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Mr. Pfaehler may move for the admission pro hac vice of one (1) associate of his firm. Such associate, if duly

admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Pfaehler.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Pfaehler, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

**IT IS ORDERED**.

DATED this 24th day of July, 2017.

_____

TIMOTHY J. CAVAN
United States Magistrate Judge