UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MICHAEL F. LAFORGE,<br><br>    Plaintiff,<br><br>vs.<br><br>JANICE GETS DOWN, NATASHA S. MORTON, LEROY NOT AFRAID, SHEILA WILKENSON NOT AFRAID,<br><br>    Defendant. | Case No. CV-17-48-BLG-BMM<br><br>JUDGMENT IN A CIVIL CASE |

__X__    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that Plaintiff Michael F. LaForge's claims against Defendant Janice Gets Down are DISMISSED WITH PREJUDICE as entered in the Court's Order E.C.F. 41 filed on July 2, 2019.

    Dated this 2nd day of July, 2019.

                                      TYLER P. GILMAN, CLERK

                                      By: /s/ E.Hamnes
                                      E.Hamnes, Deputy Clerk